UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICHA C. STEVENS,<br><br>         Plaintiff,<br><br>    -against-<br><br>ELARA CARING; ESTHER DIMAANO; ROVINA WHITFIELD; SANDRA MARTI-CRUZ; ANNMARIE MARTINO,<br><br>         Defendants. | 20-CV-4180 (JGK)<br><br>ORDER OF SERVICE |

JOHN G. KOELTL, United States District Judge:

  Plaintiff, appearing *pro se*, brings this action under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17; 42 U.S.C. § 1981; the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297; and the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131. She alleges that her employer discriminated and retaliated against her because of her race. By order dated June 3, 2020, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP).

## DISCUSSION

  Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and complaint until the Court reviewed the complaint and ordered that summonses be

issued. The Court therefore extends the time to serve until 90 days after the date the summonses is issued. If the complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants Elara Caring, Esther Dimaano, Rovina Whitfield, Sandra Marti-Cruz, and AnnMarie Martino through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is further instructed to complete the USM-285 forms with the addresses for Elara Caring, Esther Dimaano, Rovina Whitfield, Sandra Marti-Cruz, and AnnMarie Martino, issue summonses, and deliver all documents necessary to effect service to the U.S. Marshals Service.

In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. *Pro se* parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

SO ORDERED.

Dated:   June 4, 2020
        New York, New York

/s/ John G. Koeltl
JOHN G. KOELTL
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Elara Caring
   70-00 Austin St.
   Suite 201
   Forest Hills, NY 11375

2. Esther Dimaano
   Elara Caring
   70-00 Austin St.
   Suite 201
   Forest Hills, NY 11375

3. Rovina Whitfield
   Elara Caring
   70-00 Austin St.
   Suite 201
   Forest Hills, NY 11375

4. Sandra Marti-Cruz
   Elara Caring
   70-00 Austin St.
   Suite 201
   Forest Hills, NY 11375

5. AnnMarie Martino
   Elara Caring
   70-00 Austin St.
   Suite 201
   Forest Hills, NY 11375